UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | 7:21-MJ-8354(MRG) |
| Plaintiff, | |
| | **J U D G M E N T** |
| -against- | |
| Rafael A. Carbuccia, | |
| Defendant. | |

The issues in the above entitled action having been brought before the Honorable

Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on September 29,

2021 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation

of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction

of the Misdemeanor Complaint filed on August 26, 2021, it is,

ORDERED, ADJUDGED AND DECREED that the defendant Rafael A. Carbuccia

is sentenced to:

A Conditional Discharge for a term of one (1) year on the condition that there

are no arrest/violations of Federal, State, or Local laws during that time.

Dated: _Sept 8, 2022_
Poughkeepsie N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge