UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                Plaintiff,           Case No.7:21MAG8354 (KPB)

  -against-

Rafael A. Carbuccia,

                Defendant.
_____x

## ORDER

    On September 29, 2021 the Court ordered a one (1) year adjournment in contemplation of dismissal on the condition that there are no arrest/violations of Federal, State, or Local laws during that time,

    The Court having been advised on October 21, 2022 by Pretrial Services that there have been no new arrests or violations during the one (1) year period and all conditions of the ACD having been satisfied,

    IT IS HEREBY ORDERED, that the above-captioned case is now dismissed and closed.

Dated: 21st day of October, 2022
       White Plains, New York

                                    SO ORDERED.

                                    _____
                                    Hon. Kim P. Berg
                                    United States Magistrate Judge